# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HORACE ALEXANDER SMITH

NO. 2024 KW 0034

**MARCH 22, 2024**

---

In Re:  Horace Alexander Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-00662, 03-17-0080.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to dismiss, filed January 17, 2024, if it has not already done so.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT